(ORDER LIST: 571 U.S.)

WEDNESDAY, JANUARY 29, 2014

ORDER IN PENDING CASE

13A784   SMULLS, HERBERT V. LOMBARDI, DIR., MO DOC

The application for stay of execution of sentence of death presented to Justice Alito and by him referred to the Court is denied.